UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
KEANNA CURTIS,
                             Plaintiff,                         22 Civ. 10286 (LGS)

          -against-                                    ORDER

JPMORGAN CHASE BANK, et al.,
                            Defendants.
------------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued January 4, 2023, scheduled an initial conference for February 22, 2023.

      WHEREAS, on February 8, 2023, Defendant JPMorgan Chase Bank filed a pre-motion letter on behalf of all Defendants regarding an anticipated motion to compel arbitration. On February 15, 2023, Plaintiff filed a letter in response.

      WHEREAS, on February 15, 2023, the parties filed a joint letter and proposed case management plan. In that letter, the parties jointly requested a stay of discovery and other pre-trial deadlines pending resolution of the anticipated motion to compel. It is hereby

      **ORDERED** that the conference scheduled for February 22, 2023, is **CANCELLED.** If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. It is further

      **ORDERED** that the motion to compel arbitration shall be briefed as follows:

- Defendants shall file their motion by **March 3, 2023**. Any memorandum of law submitted in connection with the motion shall not exceed fifteen pages.
- Plaintiff shall file any opposition, not to exceed fifteen pages, by **March 17, 2023**.
- Defendants may file a reply, not to exceed five pages, by **March 24, 2023**.

It is further

      **ORDERED** that discovery is **STAYED** pending resolution of the anticipated motion.

Dated: February 17, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE